No. 15. SALVÁ v. ESTATE OF BORRÁS GINART.—Motion that an appeal be allowed from a decision of the Supreme Court of Porto Rico to the Supreme Court of the United States. Decided April 18, 1905.  Motion for appeal denied. *Messrs. López Landrón and Pettingill, for petitioner; Messrs. José de Guzmán Benítez and Hartzell and Rodríguez Serra, for adverse party.*

No. 16. SALVÁ v. ESTATE OF BORRÁS ET AL.—Motion that an appeal be allowed from a decision of the Supreme Court of Porto Rico to the Supreme Court of the United States. Decided April 18, 1905.  Motion for appeal denied. *Messrs. López Landrón and Pettingill, for petitioner; Merrs. José de Guzman Benítez and Hartzell and Rodríguez Serra, for adverse party.*

No. 21. MANRIQUE DE LARA v. MORALES.—Motion to add to the transcript of the record in an appeal certain documents that were involuntarily omitted therein.  Decided April 18, 1905.  Motion granted. *Mr. Díaz Navarro, for petitioner; Mr. López Landrón, for adverse party.*

No. 3. BORRÁS ET AL. v. DISTRICT COURT OF HUMACAO.—Motion to leave without effect an order for the issue of a writ of *certiorari,* or that, in default thereof, a trustee appointed by the lower court to administer certain property in litigation, be duly qualified.  Motion denied. *Mr. José de Guzmán Benítez, for petitioner; Messrs. López Landrón and Hartzell and Rodríguez Serra, for adverse party.*

No. 35. RODRÍGUEZ ET AL. v. GANDÍA.—Appeal from the District Court of Mayagüez.  Decided April 3, 1905.  Appeal dismissed for noncompliance with section 299 of the Code of